# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LENNAR RENO, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>LARRY MEIKLE, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 66585<br>**FILED**<br><br>OCT 30 2017<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| LENNAR RENO, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>ROBERT HOWARD AND CHERI HOWARD, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 67204 |
| LENNAR RENO, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>GREG JENESS, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 67208 |
| LENNAR RENO, LLC,<br>Appellant,<br>vs.<br>NICHOLAS ALLEN BAJURIN, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 67474 ✓ |

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. NRAP 42(b). The clerk shall issue the remittitur forthwith. *Id.*

It is so ORDERED.

_____, C.J.
Cherry

SUPREME COURT
OF
NEVADA

(0) 1947A

17-37083

cc: Gordon & Rees Scully Mansukhani LLP
Shinnick, Ryan & Ransavage P.C.
Stephen Haberfeld, Settlement Judge
Robert Eisenberg, Settlement Judge